**May Cellini, as Administrator of Estate of Paul Cellini, and Steve Yankee, Appellees, v. Elgin, Joliet & Eastern Railway Company, Appellant.**

Gen. No. 46,480.

First District, Third Division.
February 23, 1955.
Rehearing denied March 16, 1955.
Released for publication April 6, 1955.

Ste-
venson, Conaghan, Velde & Hackbert, for appellant; Harlan L. Hackbert, of counsel; Erwin W. Roemer, for appellees; Erwin W. Roemer, and Joseph P. Carr, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.